UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLA LESLIE JONES, Plaintiff, v. MIDLAND CREDIT MANAGEMENT, Defendant. | Case No.: 3:26-cv-5485-CAB-SBC<br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE AND/OR MOVE TO PROCEED IN FORMA PAUPERIS** |

On September 22, 2026, Plaintiff Carla Leslie Jones filed a civil complaint for "violation" of a "Trust Security Agreement." All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $405.[1] *See* 28 U.S.C. § 1914. The action may

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $55. *See* 28 U.S.C. § 1914(a); Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2023). The additional $55 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

proceed despite a plaintiff's failure to prepay the entire fee only if she is granted leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) (applying provisions of § 1915(a)(1) to non-prisoner plaintiff).

Here, Plaintiff did not pay the fee required to commence a civil action when she filed her complaint, nor has she filed a Motion and Declaration in Support of Motion to Proceed IFP. Accordingly, the Court:

(1) **DISMISSES** this action without prejudice based on Plaintiff's failure to either (a) pay the $405 civil filing and administrative fee or (b) move to proceed IFP;

(2) **GRANTS** Plaintiff thirty (30) days from the date of this Order to either (a) prepay the entire $405 fee in full *or* (b) file a completed Motion and Declaration in Support of Motion to Proceed IFP that complies with 28 U.S.C. § 1915(a)(1) and CivLR 3.2.a and f; and

(3) **DIRECTS** the Clerk of the Court to provide Plaintiff with this District's form "Motion and Declaration in Support of Motion to Proceed IFP" for her use and convenience. Should Plaintiff neither pay the $405 filing fee in full nor sufficiently complete and file a Motion to Proceed IFP and supporting declaration within 30 days, this civil action will remain dismissed without prejudice and the Clerk of the Court shall close the case accordingly without further Order of the Court.

It is **SO ORDERED**.

Dated: September 28, 2026

Hon. Cathy Ann Bencivengo
United States District Judge